# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Luther Hyslop,<br><br>                            Plaintiff,<br><br>                    **v.**<br><br>CSAA Fire and Casualty Insurance<br>Company,<br><br>                            Defendant. | **Case No. 17-CIV-285-RAW** |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P., the court hereby enters judgment that this action is dismissed with prejudice.

**IT IS SO ORDERED** this 12th day of   April, 2018.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA